CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
January 22, 2026
LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **LORENZA GERALD FEREBEE, JR.,** | )<br>) |
| Plaintiff, | ) Case No. 7:25CV00306<br>) |
| v. | ) **OPINION**<br>) |
| **HAROLD W. CLARKE, et al.,** | ) JUDGE JAMES P. JONES<br>) |
| Defendants. | ) |

*Lorenza Gerald Ferebee, Jr., Pro Se Plaintiff.*

The plaintiff, a Virginia inmate proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983, alleging that the defendants violated his constitutional rights. Upon review, I conclude that this case must be dismissed.

By Order dated November 13, 2025, the court determined that because Ferebee has filed more than three civil actions that were dismissed for failure to state a claim and the Complaint in this case does not demonstrate that Ferebee was under imminent danger of serious physical injury, he must pay the full $405.00 filing fee within twenty-one days. Order, Dkt. No. 3 (citing 28 U.S.C. § 1915(g)). Ferebee requested an extension of time to respond to the Order directing that he pay the full filing fee, and the court extended the deadline to January 3, 2026. Mot., Dkt. No. 4.; Min. Order, Dkt. No. 5. Thereafter, Ferebee filed a Motion to Proceed without Prepayment. Mot., Dkt. No. 6. The court denied the motion, emphasizing that

Ferebee's Complaint does not demonstrate that he was under imminent danger of serious physical injury at the time he filed his Complaint and, therefore, he did not meet the exception to the § 1915(g) "three strikes" rule. Order, Dkt. No. 8. The court directed that Ferebee comply with its prior Order to pay the full $405.00 filing fee by January 3, 2026, or face dismissal of the case. *Id.*

The January 3, 2026, deadline has elapsed, and the court has not received the required filing fee. Accordingly, because Ferebee has failed to comply with the court's Order, this case will be dismissed without prejudice.

A separate Judgment will be entered herewith.

    ENTER: January 22, 2026

    /s/ JAMES P. JONES
    Senior United States District Judge